JOSEPH M. GARDNER, trustee, plaintiff in error *vs.* MORTI-
    MER JETER, administrator, defendant in error.

JOSEPH M. GARDNER, trustee, plaintiff in error *vs.* JOHN
        ADAMS, defendant in error.

The Relief Act of October 13th, 1870, making the payment of taxes
upon debts contracted prior to June 1st, 1865, a condition precedent
to a recovery thereon, is unconstitutional.

Relief Act of 1870.    Constitutional law.    Before Judge
JOHNSON.    Talbot Superior Court.    March Term, 1873.

The two cases above stated were submitted without argu-
ment.    Sufficient facts are stated in the decision to render it
intelligible.

MARION BETHUNE; W. A. LITTLE, by PEABODY &
BRANNON, for plaintiff in error.

No appearance for the defendant.

WARNER, Chief Justice.

This case, and the case of the same plaintiff against Adams,
were submitted together.    The error assigned is the dismissal
of each case by the Court for non-payment of taxes, as required
by the Act of 1870.    The dismissal of both cases for non-
payment of taxes was error.

Let the judgment of the Court below, in each case, be re-
versed.